UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN M., | ) | Civil Action No. 1:20-00365-JDL |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further administrative proceedings by the Appeals Council:

IT IS HEREBY ORDERED that this case be remanded to the Social Security Administration for further administrative proceedings. Upon the remand of this case by this Court, the Appeals Council will remand this case to an administrative law judge ("ALJ") for submission of new evidence, a de novo hearing, and a new decision. The ALJ will be instructed to obtain supplemental vocational expert evidence, further consider the claimant's need for a bariatric chair and whether such a chair is prevalent in significant numbers in the jobs identified at Step 5, further consider Mr. Meuse's affidavit and opinion, offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The Clerk will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: May 13, 2021

                                                  /s/ Jon D. Levy  
                                       **CHIEF U.S. DISTRICT JUDGE**